**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.wigdorlaw.com/news-press/ny1-five-anchorwomen-age-gender-discrimination-lawsuit/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.wigdorlaw.com/news-press/ny1-five-anchorwomen-age-gender-discrimination-lawsuit/



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.facebook.com/WigdorLaw/posts/2750740491607447

